No. 94–776. GILLETTE CO. *v.* MICHIGAN DEPARTMENT OF TREASURY. Ct. App. Mich. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–689. DUNCAN ENERGY CO. ET AL. *v.* THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION ET AL. C. A. 8th Cir. Motion of Rocky Mountain Oil & Gas Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–766. DUFFY ET AL. *v.* WETZLER, INDIVIDUALLY AND AS COMMISSIONER OF TAXATION AND FINANCE OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of National Association of Retired Federal Employees et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–810. ROY B. TAYLOR SALES, INC. *v.* HOLLYMATIC CORP. C. A. 5th Cir. Motion of Independent Distributors Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 94–833. ASARCO INC. *v.* LOUISIANA-PACIFIC CORP. ET AL. C. A. 9th Cir. Motions of American Petroleum Institute et al. and Alaska Miners Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–843. RIDGEWAY ET AL. *v.* PFIZER, INC., ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–865. RUTGERSWERKE AG *v.* BETTIS ET AL. C. A. 6th Cir. Motion of Federal Republic of Germany for leave to file a brief as *amicus curiae* granted. Certiorari denied.